IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANDERSON LOYD WHITWORTH                                         PLAINTIFF
ADC #164092

v.                              No: 4:20-cv-37-DPM

RODNEY WRIGHT, Sheriff, Saline
County; JOE TRAYLOR, Lieutenant,
Saline County Detention Center; and
BRETT CARPENTER, Lieutenant,
Saline County Detention Center                                  DEFENDANTS

## JUDGMENT

Whitworth's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

27 March 2020